IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; TRUSTEES OF THE U.A. UNION LOCAL NO. 290 PLUMBER, STEAMFITTER AND SHIPFITTER INDUSTRY HEALTH AND WELFARE TRUST; TRUSTEES OF THE U.A. UNION LOCAL 290 PLUMBER, STEAMFITTER AND SHIPFITTER INDUSTRY RETIREE HEALTH TRUST; TRUSTEES OF THE U.A. UNION LOCAL NO. 290 PLUMBER, STEAMFITTER AND SHIPFITTER INDUSTRY 401(K) PLAN AND TRUST; TRUSTEES OF THE UNITED ASSOCIATION LOCAL NO. 290 APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE U.A. UNION LOCAL NO. 290 PLUMBER, STEAMFITTER AND SHIPFITTER INDUSTRY VACATION, SCHOLARSHIP AND EDUCATIONAL REIMBURSEMENT TRUST; and TRUSTEES OF THE PLUMBING AND PIPING MANAGEMENT TRUST FUND, | 03:12-CV-471-HU<br><br>ORDER |

      Plaintiffs,

v.

JOHN CRAIG PLUMBING LLC,

      Defendant.

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#13) on June 25, 2012, in which he recommends the Court grant the Plaintiffs' Motion (#8) for Default Judgment. Plaintiffs filed timely Objections (#15) to the Findings and Recommendation only with respect to the lack of an award of attorneys' fees and costs in the Findings and Recommendation. This matter is now before the Court under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  For those portions of the Findings and Recommendation to which the parties do not object, the Court is relieved of its obligation to review the record *de novo* as to that portion of the Findings and Recommendation.  *Reyna-Tapia*, 328 F.3d at 1121.

Plaintiffs contend the Magistrate Judge erred because he failed to award Plaintiffs attorneys' fees and costs that Plaintiff sought in their Motion for Default Judgment. Plaintiffs, therefore, urge the Court to modify the Findings and Recommendation to award attorneys' fees and costs.

2   -   ORDER

The Court notes the Magistrate Judge, in fact, reviewed Plaintiffs' request for attorneys' fees and costs and concluded they are reasonable under the circumstances. The Findings and Recommendation, however, does not expressly recommend the Court to award attorneys' fees and costs. The Court has reviewed counsel's submissions in support of the request for attorneys' fees and costs and concurs with the Magistrate Judge that Plaintiffs' requested fee (6.5 hours of work at a rate of $190 per hour) is reasonable under the circumstances and that Plaintiffs' costs are supported by "appropriate documentation" as required by Local Rule 54-1(a) evincing Plaintiffs' filing fee and service of summons. Accordingly, the Court awards Plaintiffs' attorneys' fees and costs and adopts the Findings and Recommendation as modified.

## CONCLUSION

The Court **ADOPTS as modified** Magistrate Judge Hubel's Findings and Recommendation (#13) and, accordingly, **GRANTS** Plaintiffs' Motion (#8) for Default Judgment and **AWARDS** attorneys' fees **in the amount of $1,235.00** and costs **in the amount of $406.00**.

The Court **directs** Plaintiffs to file **no later than August 31, 2012,** a final proposed form of judgment consistent

3  -   ORDER

with this Order and the Magistrate Judge's Findings and Recommendation for the Court's review.

    IT IS SO ORDERED.

    DATED this 13th day of August, 2012.


                                      /s/ Anna J. Brown
                                      ANNA J. BROWN
                                    United States District Judge